**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CYNTHIA GUTIERREZ, an individual,<br><br>        Plaintiff,<br><br>  vs.<br>KENNETH COLE PRODUCTIONS, INC.;<br>and DOES 1 through 20, inclusive,<br><br>        Defendants. | **Case No.: 3:15-CV-00129-WHA**<br><br>**[PROPOSED] ORDER RE JOINT STIPULATION ALLOWING PLAINTIFF TO PROPOUND ADDITIONAL INTERROGATORIES**<br><br>**[Filed Concurrently with Joint Stipulation]**<br><br>Honorable William ~~H.~~ Alsup<br>Courtroom 8, 19th Floor |

///

///

///

///

///

///

///

---

[PROPOSED] ORDER RE JOINT STIPULATION ALLOWING PLAINTIFF TO PROPOUND
ADDITIONAL INTERROGATORIES

- 1 -

Upon consideration of the stipulation of the parties and good cause appearing therefore, it is hereby ordered that:

1. Plaintiff be allowed to propound the following proposed interrogatories:

**INTERROGATORY NO. 26.**

Explain fully ALL facts upon which YOU base YOUR First Affirmative Defense as set forth in YOUR Answer to the COMPLAINT in this case.

**INTERROGATORY NO. 27.**

Explain fully ALL facts upon which YOU base YOUR Seventh Affirmative Defense as set forth in YOUR Answer to the COMPLAINT in this case.

**INTERROGATORY NO. 28.**

Explain fully ALL facts upon which YOU base YOUR Ninth Affirmative Defense as set forth in YOUR Answer to the COMPLAINT in this case.

**INTERROGATORY NO. 29.**

Explain fully ALL facts upon which YOU base YOUR Tenth Affirmative Defense as set forth in YOUR Answer to the COMPLAINT in this case.

**INTERROGATORY NO. 30.**

Explain fully ALL facts upon which YOU base YOUR Eleventh Affirmative Defense as set forth in YOUR Answer to the COMPLAINT in this case.

**INTERROGATORY NO. 31.**

Explain fully ALL facts upon which YOU base YOUR Nineteenth Affirmative Defense as set forth in YOUR Answer to the COMPLAINT in this case.

**INTERROGATORY NO. 32.**

Explain fully ALL facts upon which YOU base YOUR Twentieth Affirmative Defense as set forth in YOUR Answer to the COMPLAINT in this case.

**INTERROGATORY NO. 33.**

Explain fully ALL facts upon which YOU base YOUR Twenty-Third Affirmative Defense as set forth in YOUR Answer to the COMPLAINT in this case.

///

**INTERROGATORY NO. 34.**

Explain fully ALL facts upon which YOU base YOUR Thirtieth Affirmative Defense as set forth in YOUR Answer to the COMPLAINT in this case.

**INTERROGATORY NO. 35.**

Explain fully ALL facts upon which YOU base YOUR Thirty-First Affirmative Defense as set forth in YOUR Answer to the COMPLAINT in this case.

**INTERROGATORY NO. 36.**

Explain fully ALL facts upon which YOU base YOUR Thirty-Third Affirmative Defense as set forth in YOUR Answer to the COMPLAINT in this case.

**INTERROGATORY NO. 37.**

Explain fully ALL facts upon which YOU base YOUR Thirty-Fourth Affirmative Defense as set forth in YOUR Answer to the COMPLAINT in this case.

**INTERROGATORY NO. 38.**

Explain fully ALL facts upon which YOU base YOUR Thirty-Sixth Affirmative Defense as set forth in YOUR Answer to the COMPLAINT in this case.

**INTERROGATORY NO. 39.**

Explain fully ALL facts upon which YOU base YOUR Thirty-Eighth Affirmative Defense as set forth in YOUR Answer to the COMPLAINT in this case.

**IT IS SO ORDERED.**

Dated: November 30, 2015

_____
Hon. William H. Alsup
Judge, United States District Court