IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA GUTIERREZ, <br><br> Plaintiff, <br><br> v. <br><br> KENNETH COLE PRODUCTIONS, INC., and DOES 1 through 20, inclusive, <br><br> Defendant. | No. C 15-00129 WHA <br><br> **ORDER DENYING REQUEST TO CONTINUE DISCOVERY CUTOFF** |

Judge Samuel Conti set the discovery cutoff for January 8, 2016, and referred the action to Judge Joseph C. Spero for discovery purposes (Dkt. Nos. 12, 16). The action was reassigned to the undersigned judge in November 2015, and scheduled for a further case management conference. In the parties' joint case management statement, plaintiff requested a discovery cutoff date of February 12, while defendant asked for May 13. An order set the discovery cutoff and the deadline to designate expert testimony as April 29.

The parties have filed a stipulation requesting to extend the discovery cutoff and the deadline to designate expert testimony to May 27 (Dkt. No. 31). They cite the fact that plaintiff will not be able to depose certain witnesses until the beginning of April and concerns that she may not have time to resolve any discovery disputes following those depositions before the cutoff. Additionally, the parties note that defendant is still producing documents and would find an extension "helpful," but fail to explain why defendant cannot complete production before the cutoff.

There is no good cause to extend the fact discovery cutoff for all purposes by a full month. The parties' request is hereby **DENIED**. This is without prejudice to a more modest request that extends the deadlines for the limited purpose identified in the stipulation (or other limited purposes supported by good cause). Such a request should also show good cause for extending the deadline to designate expert testimony and disclose expert reports.

Any relief relating to the scheduling of the settlement conference should be directed at Judge Laurel Beeler.

**IT IS SO ORDERED.**

Dated:   February 25, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE