SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
NANCY E. PRITIKIN, Cal. Bar No. 102392
379 Lytton Avenue
Palo Alto, California 94301-1479
Telephone:    650.815.2600
Facsimile:    650.815.2601
Email:    npritikin@sheppardmullin.com

Attorneys for Defendant
KENNETH COLE PRODUCTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA GUTIERREZ,<br><br>        Plaintiff,<br><br>   v.<br><br>KENNETH COLE PRODUCTIONS, INC.,<br><br>        Defendant. | Case No. 3:15-cv-00129-WHA<br><br>**[PROPOSED] ORDER GRANTING SUBSTITUTION OF COUNSEL** |

The motion to substitute counsel filed by Defendant KENNETH COLE PRODUCTIONS, INC. substituting Nancy E. Pritikin Sheppard, Mullin, Richter, & Hampton LLP as its counsel of record in place and instead of Littler Mendelson, P.C. is hereby approved and so ORDERED.

DATED: March 8, 2016.

                                  _____
                                  Hon. William Alsup, District Judge