IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA GUTIERREZ,<br><br>    Plaintiff,<br><br>  v.<br><br>KENNETH COLE PRODUCTIONS, INC., and DOES 1 through 20, inclusive,<br><br>    Defendant.<br>_____ / | No. C 15-00129 WHA<br><br>**ORDER DENYING REQUEST TO CONTINUE TRIAL AND OTHER DEADLINES** |

On February 25, an order denied the parties' request to continue the discovery cutoff by one month from April 29 to May 27 without prejudice to a more modest request that extended the deadlines for the limited purpose of accommodating the parties' efforts to resolve their discovery disputes (Dkt. No. 35). The parties declined to make a more modest request. Instead, on April 19, the parties sought to extend all deadlines, including the trial date, by *three* months, again citing their efforts to resolve discovery disputes.

There is no good cause for the massive extension the parties have requested. Accordingly, the parties' request is **DENIED**. This is without prejudice to a more modest request to extend the discovery cutoff for the limited purpose of accommodating the parties' efforts to resolve discovery disputes. Any such proposal should not affect the deadline for dispositive motions or the trial date.

**IT IS SO ORDERED.**

Dated: April 20, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE