**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA GUTIERREZ,<br><br>  Plaintiff,<br><br>  v.<br><br>KENNETH COLE PRODUCTIONS, INC.,<br>and DOES 1 through 20, inclusive,<br><br>  Defendant.<br>                                                                 / | No. C 15-00129 WHA<br><br>**ORDER GRANTING REQUEST<br>TO EXTEND TIME TO FILE<br>SUPPORTING DECLARATIONS** |

Pursuant to the parties' stipulation, defendant shall have until June 10 to file its declarations in support of plaintiff's sealing motions. All documents shall remain under seal until the Court has ruled on the motions.

**IT IS SO ORDERED.**

Dated: June 6, 2016.

　　　　　　　　　　　　　　　　　　　　/s/ William Alsup
　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE