**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CYNTHIA GUTIERREZ, an individual,<br><br>　　　　　Plaintiff,<br><br>　vs.<br>KENNETH COLE PRODUCTIONS, INC.;<br>and DOES 1 through 20, inclusive,<br><br>　　　　　Defendants. | **Case No.: 3:15-CV-00129-WHA**<br><br>**[PROPOSED] ORDER RE JOINT STIPULATION TO DISMISS PLAINTIFF'S EIGHTH THROUGH TWELFTH CLAIMS FOR RELIEF**<br><br>**[Filed Concurrently with Joint Stipulation]** |

///

///

///

///

///

///

///

Upon consideration of the stipulation of the parties and good cause appearing therefore, it is hereby ordered that:

1. Plaintiff's eighth through twelfth claims for relief are dismissed without prejudice;

2. Defendant waives any potential claim for costs and fees as to Plaintiff's eighth through twelfth claims for relief;

3. Defendant will not, and it will advise and ensure that its witnesses do not, make any mention of or reference to Plaintiff's dismissed eighth through twelfth claims for relief at trial or in front of the jury.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: June 13, 2016

_____
Hon. William H. Alsup
Judge, United States District Court