IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA GUTIERREZ,<br><br>    Plaintiff,<br><br>  v.<br><br>KENNETH COLE PRODUCTIONS, INC.,<br><br>    Defendant.<br>                                        / | No. C 15-00129 WHA<br><br>**ORDER SHORTENING BRIEFING SCHEDULE AND RESCHEDULING HEARING** |

      The hearing on the parties' cross-motions for summary judgment currently set for July 7 is hereby rescheduled to **JUNE 23 AT 8:00 A.M.** The parties shall please file their replies by **JUNE 21 AT NOON**.

      **IT IS SO ORDERED.**

Dated: June 14, 2016.

                                                    WILLIAM ALSUP
                                                    UNITED STATES DISTRICT JUDGE