**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CYNTHIA GUTIERREZ,

    Plaintiff,

  v.

KENNETH COLE PRODUCTIONS, INC.,

    Defendant.

No. C 15-00129 WHA

**REQUEST FOR RESPONSE**

    In the next round of briefing, please clarify the extent to which the FMLA applies in this case.

Dated: June 14, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE