IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CYNTHIA GUTIERREZ,

    Plaintiff,

  v.

KENNETH COLE PRODUCTIONS, INC.,

    Defendant.

No. C 15-00129 WHA

**ORDER RESCHEDULING HEARING**

In light of counsel's conflict with the hearing set for June 23, the hearing on the cross-motions for summary judgment is hereby **CONTINUED** to **JUNE 30 AT 8:00 A.M.** If there are further conflicts, the matter will be deemed submitted for decision on the papers. The **JUNE 21** deadline for the reply briefs remains in place.

**IT IS SO ORDERED.**

Dated: June 16, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE