UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA GUTIERREZ, | Case No. 3:15-cv-00129-WHA |
| Plaintiff, | [PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE [FED. R. CIV. PROC. 41(a)(1)(A)(ii)] |
| v. | |
| KENNETH COLE PRODUCTIONS, INC., | |
| Defendant. | |

THE COURT, having received and reviewed the Stipulation and [Proposed] Order Dismissing this Action with prejudice in its entirety, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), and GOOD CAUSE appearing, herein orders as follows:

1.    This action is dismissed with prejudice in its entirety.

2.    All parties are to bear their own costs and fees.

**IT IS SO ORDERED.**

Dated:_____July 12_____, 2016        _____

The Hon. William Alsup
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA